# EXHIBIT 1

From: **Wadner Oge** wadner.oge@jud.state.ma.us
Subject: Request for Clarification
Date: September 3, 2019 at 11:45
To: j.mullane@icloud.com
Cc: wadner.oge@jud.state.ma.us, Tiffany Maloney tiffany.maloney@jud.state.ma.us



Dear Mr. Mullane,

Your Petition for Admission to the Massachusetts bar is currently under review by the Board of Bar Examiners. While conducting an initial background investigation, I noticed that you attended the University of Miami School of Law for your 2L year between August 2017 and May 2018.

Please provide a narrative explaining the circumstances that led you to enroll at the Univ. of Miami following the completion of your 1L year at Suffolk Law School in May 2017.

Please be advised that, pursuant to Rule V.1.2, a petitioner's "failure or refusal to supply information deemed relevant by the Board of Bar Examiners or otherwise to cooperate with the Board of Bar Examiners may be grounds for denial of a recommendation for admission."

Thank you.

Sincerely,


Wadner Oge
Staff Attorney
Massachusetts Board of Bar Examiners
Edward W. Brooke Courthouse
24 New Chardon Street, first floor
Boston, MA 02114
(617) 482-4466, office
(617) 788-3589, direct dial

Important Note:  The information contained in this message, including any attachments, is from the Massachusetts Board of Bar Examiners.  It may contain information which is confidential and subject to rules of the Supreme Judicial Court and the Board of Bar Examiners prohibiting its unauthorized review, copying, distribution, or other use or disclosure.  If you are not the intended recipient of this transmission, please destroy it and notify the sender immediately of the transmission error.