# EXHIBIT 4

*B. Jonathan Mullane*

## VIA FIRST CLASS MAIL AND ELECTRONIC CORRESPONDENCE

April 26, 2020

Marilyn J. Wellington, Esq.
Board of Bar Examiners
John Adams Courthouse
One Pemberton Square, Suite 5-140
Boston, MA 02108

**Re:**    **Correspondence Dated April 23, 2020**

Dear Attorney Wellington:

I hope that all is well in these challenging times.

I write in response to your electronic correspondence dated April 23, 2020, informing me of my satisfactory bar examination results with a total Uniform Bar Examination score of 278. Your message further states that I am currently prevented from practicing law in the Commonwealth of Massachusetts due to certain undisclosed "issues identified relative to [my] current character and fitness for admission." Id. at ¶ 3. Indeed, no specific issues concerning my character and/or fitness are set forth in the email correspondence.

Yesterday, I received a second letter—also dated April 23, 2020—sent from the Board of Bar Examiners (hereinafter, "BBE") via first class mail. Unfortunately, this letter also fails to set forth any specific issues and/or concerns that may have been identified by the BBE. While this second letter further states that I am required to appear before the BBE at the John Adams Courthouse on May 7, 2020, it: (1) fails to set forth the nature of this hearing and/or proceeding; (2) fails to apprise me of whether I am entitled to be represented by an attorney in these proceedings, or whether I am entitled to any other rights (*e.g.*, calling witnesses in my defense); and (3) fails to disclose the precise nature of the issues, concerns, and/or charges which are the purported basis for these proceedings. Accordingly, any information you may be able to provide prior to the hearing vis-à-vis the foregoing issues would be greatly appreciated.

Many thanks in advance for your consideration and assistance in this matter. I look forward to speaking with you again at or before the May 7, 2020 hearing.

Very truly yours,

B. Jonathan Mullane

