# EXHIBIT 5

## DESIGNATION OF UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

Chief Judge K. Michael Moore of the United States District Court for the Southern District of Florida has informed me that he and all of his fellow district judges in that district have recused themselves from the case *Jonathan Mullane v. Federico A. Moreno, et al.*, No. 20CV21339. Upon my request, the Honorable Abdul K. Kallon, Northern District of Alabama, has agreed to perform the duties of district judge in the United States District Court for the Southern District of Florida in the case *Jonathan Mullane v. Federico A. Moreno, et al.*, No. 20CV21339, and I have determined that it is in the public interest for him to do so.

Using my authority under 28 U.S.C. § 292 (b), I designate and assign the Honorable Abdul K. Kallon to perform all of the duties of district judge in the United States District Court for the Southern District of Florida in the case *Jonathan Mullane v. Federico A. Moreno, et al.*, No. 20CV21339, including any matters on remand if there should be an appeal and remand.

William H. Pryor Jr.
Chief Judge
Eleventh Circuit Court of Appeals

Dated: July 13, 2020