# EXHIBIT 8

# Holland & Knight

10 St. James Avenue | Boston, MA 02116 | T  | F 617.523.6850
Holland & Knight LLP | www.hklaw.com

Adam J. Bookbinder
+1 617-305-2038
Adam.Bookbinder@hklaw.com

June 18, 2020

*Via E-mail (peter@3mlaw.com)*

E. Peter Mullane, Esq.
Mullane, Michel & McInnes
6 Bennett Street
Cambridge, Massachusetts 02138

      Re:    B. Jonathan Mullane

Attorney Mullane:

      I write in response to your letter dated June 13, 2020 (because you mailed the letter we did not receive it until Monday, June 15). Your allegations that Holland & Knight has a "conflict of interest," and that its representation of the Board of Bar Examiners constitutes "politicizing and intentional interference with the rights" of your son and client, Jonathan ("Mr. Mullane"), are baseless.

      As we have noted repeatedly, Board of Bar Examiners Rule V governs the process and rights of your client in connection with the investigation into his current character and fitness. Despite our repeated invitations for you and Mr. Mullane to participate in our investigation, we understand your June 13 letter to reject our offers. Notwithstanding your refusal to participate, our investigation on behalf of the Board will go forward. Please let us know if your change your decision and wish to participate.

Sincerely.

Adam J. Bookbinder