## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN MULLANE, | ) | Docket No. 1:20-CV-11382-DJC |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS BOARD | ) | |
| OF BAR EXAMINERS, | ) | |
| MARILYN J. WELLINGTON, | ) | |
| and DOES 1 through 10, inclusive, | ) | |
| in their individual and professional | ) | |
| capacities, | ) | |
| | ) | |
| *Defendants.* | ) | |

### PLAINTIFF'S ASSENTED-TO
### MOTION FOR AN ENLARGEMENT OF TIME

COMES NOW Plaintiff Jonathan Mullane (hereinafter, "Plaintiff") in the above-entitled action, and respectfully moves this Honorable Court for a one (1) week enlargement of time within which to respond to the pending motion to dismiss [ECF 23-24] of Defendants Massachusetts Board of Bar Examiners and Marilyn J. Wellington, extending the deadline therefor to **October 26, 2020**.

In support hereof, Plaintiff would show unto the Court as follows:

1.  On September 18, 2020, this Court granted the said Defendants' assented-to motion for a two (2) week enlargement of time. ECF 21.

2.  Through the instant motion, Plaintiff seeks a one (1) week enlargement of time to file his opposition to the pending Rule 12 motion of Defendants [ECF 23-24].

3.    "Good cause" exists for the allowance of this motion. *Inter alia*, Plaintiff's 79-year-old father was recently diagnosed with a brain tumor affecting his optical nerve and vision. Consequently, Plaintiff's assistance is required in his father's law practice with respect to legal writing and court filings.

4.    Counsel for Defendants Wellington and Massachusetts Board of Bar Examiners has indicated that he assents to the requested enlargement of time.

5.    No Party herein will be prejudiced by the allowance of the instant motion.

    **WHEREFORE,** Plaintiff prays that this Honorable Court grant a one-week enlargement of time within which to oppose Defendants' pending Rule 12 motion to dismiss, extending the deadline to **October 26, 2020**.

At Cambridge, Massachusetts,                    Respectfully submitted,
This 19th Day of October, 2020

                                                /s/ Jonathan Mullane
                                                JONATHAN MULLANE
                                                30 Donnell Street
                                                Cambridge, MA 02138
                                                Tel.: (617) 800-6925
                                                j.mullane@icloud.com

### L.R. 7.1(a)(2) CERTIFICATION

    In accordance with L.R. 7.1(a)(2), the undersigned hereby certifies that on October 16, 2020, via telephone and also electronic correspondence, he attempted to contact counsel for Defendants. Counsel indicated in electronic correspondence dated October 19, 2020 that he assents to the relief requested herein.

                                                /s/ Jonathan Mullane
                                                JONATHAN MULLANE

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that this filing submitted via the CM/ECF system shall be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies shall be mailed via first class mail, postage prepaid, to those indicated as non-registered participants on the date of filing.

DATED:     October 19, 2020     /s/ Jonathan Mullane
                                  JONATHAN MULLANE