UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MASSACHUSETTS BOARD OF )<br>BAR EXAMINERS, ET AL )<br>Defendants. )<br>) | **Civil Action No.** 20-11382-DJC |

**JUDGMENT**

**CASPER, J.**                                                                                          October 1, 2021

      Judgment for defendants.


      Robert M. Farrell, Clerk

      <u>/s/ Lisa M. Hourihan</u>
      Deputy Clerk