UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS BOARD )<br>OF BAR EXAMINERS, ET AL. )<br>    Defendants )<br>) | DOCKET NO. 1:20-CV-11382-DJC |

**PLAINTIFF'S MOTION TO BE PROVIDED ACCESS TO ,
OR TO BE PROVIDED WITH, A COPY OF THE COMPLETE DOCKET -
INCLUDING ALL SEALED ENTRIES NOTED THEREIN**

NOW COMES the Plaintiff Jonathan Mullane ("Plaintiff") in the above-captioned action, and pursuant to General Order 06-05 hereby respectfully moves that this Honorable Court allow him access to, or to be provided with, a complete copy of the official docket, specifically including all of the sealed entries that are noted thereon.

In support hereof, the Plaintiff states that the appeal of this action is now pending before the First Circuit Court of Appeals (Docket No. 21-1968), and that the issues to be addressed therein include those which were filed and remain under seal in this above-captioned action.

Therefore, in order to properly discuss and appropriately reference all of these docket entries in the appellate briefs and arguments before the First Circuit Court of Appeals, it is essential for the Plaintiff to have a complete docket provided for proper reference in the usual course.

WHEREFORE, premises considered, the Plaintiff respectfully prays that this Honorable Court enter and order allowing him access to, or the providing of, a complete copy of the official docket in this matter, specifically including all of the sealed entries noted therein.

At Cambridge, Massachusetts,

this 13th day of December, 2021.

                                         Respectfully submitted,

                                         <u>/s/ E. Peter Mullane, Esq.</u>
                                         E. Peter Mullane, Esquire
                                         BBO #360000
                                         MULLANE, MICHEL & McINNES
                                         6 Bennett Street
                                         Cambridge, MA 02138-5708
                                         Tel.:  (617) 661-9000
                                         Email:  peter@3mlaw.com

## L.R. 7.1(a)(2) CERTIFICATION

In accordance with L.R. 7.1(a)(2), the undersigned hereby certifies that on December 8, 2021, he provided as a request the opportunity with counsel of record for the Defendants via email correspondence to confer on this matter, but there has been no response received in response thereto to date.

/s/ E. Peter Mullane, Esq.
E. Peter Mullane, Esquire

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this filing submitted *via* the CM/ECF system shall be transmitted electronically to all of the registered participants as identified on the Notice of Filing ("NEF"), and that paper copies shall be mailed as may be required, via first class mail, postage prepaid, to all those indicated as non-registered participants on the date of this filing.

DATED:  December 13, 2021

/s/ E. Peter Mullane, Esq.
E. Peter Mullane, Esquire