FILED
IN CLERKS OFFICE
2025 JUN -2 AM 1:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

Cambridge, Massachusetts,
May 31, 2025.

<u>Via First-Class Mail</u>

Mr. Robert M. Farrell
Clerk of Court
1 Courthouse Way
Boston, Massachusetts 02210

Re: <u>Mullane v. Mass. Bd. of Bar Examiners, et al.</u>, No. 1:20-CV-11382

Dear Mr. Farrell:

In view of my forthcoming post-judgment motion pursuant to Fed. R. Civ. P. 60(b)(4)-(6), I hereby respectfully request that the presiding Chief Justice of the United States reassign the above-styled case to an out-of-circuit judge. <u>See</u> 28 U.S.C. § 292(d).

I further request: (1) that this Court provide paper copies of all filings in this matter, and to my address of record via first-class mail; and (2) that the Court appoint counsel on my behalf due to medical, legal, and financial reasons.

Very respectfully yours,
Jonathan Mullane.

c: Counsel of record